IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUDIE BRANDY, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CV415 |
| | ) | |
| v. | ) | |
| | ) | |
| DRAGON 88, INC., JOHN DOES 1-2, inclusive, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's application to proceed in district court without prepaying fees or costs (Filing No. 2). Upon review of the motion, the Court finds that plaintiff is financially eligible to proceed in forma pauperis.

IT IS ORDERED that plaintiff's motion (Filing No. 2) is granted. The complaint shall be filed without payment of costs.

DATED this 13th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court